*liamson*, Special Assistant to the Attorney General, for respondent.

No. 682. COOPER *v.* PEAK ET AL. Supreme Court of Alabama. Certiorari denied. *Walter J. Knabe* for petitioner. *Douglas Arant* for Peak, respondent.

No. 686. TEAMSTERS & TRUCK DRIVERS LOCAL No. 164, AMERICAN FEDERATION OF LABOR, ET AL. *v.* WAY BAKING Co. Supreme Court of Michigan. Certiorari denied. *David Previant* and *George S. Fitzgerald* for petitioners. *Maxwell F. Badgley* and *David W. Kendall* for respondent.

No. 689. HALPERT, TRUSTEE IN BANKRUPTCY, *v.* EN-GINE AIR SERVICE, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Max Schwartz* for petitioner. *James G. Moore* for respondents.

No. 692. ALLEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *David A. Fall* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.

No. 701. CAPITOL MOTOR COURTS ET AL. *v.* LEBLANC CORPORATION ET AL. C. A. 2d Cir. Certiorari denied. *George C. Levin, Sydney Krause* and *George J. Hirsch* for petitioners. *Robert G. Zeller* for Rosenthal, Trustee, *Carlos L. Israels* for the LeBlanc Corporation et al., and *Leonard G. Bisco* for Hailparn et al., respondents.